IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VIOLETA STA ANA,

     Appellant,

v.

PUBLIX SUPERMARKETS
AND PUBLIX RISK
MANAGEMENT,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4910

_____/

Opinion filed May 15, 2015.

An appeal from an order of the Judge of Compensation Claims.
Doris E. Jenkins, Judge.

Date of Accident: March 30, 2013.

Stacy Ortiz of Smith & Stallworth, P.A., Tampa, for Appellant.

David K. Beach and Nicolette E. Tsambis of Rissman, Barrett, Hurt, Donahue &
McLain, P.A., Tampa, for Appellees.

PER CURIAM.

     AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., CONCUR.